# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**VS.**                                  **CRIMINAL CASE NO.: 4:24-MJ-1024-JMV**

**DERRION DICKERSON**                                     **DEFENDANT**

## ORDER TO VACATE

On June 4, 2024, an Order of Commitment to Another District, docket no. 9, was erroneously entered in this matter. Accordingly, notice is hereby given that the Commitment to Another District, docket no. 9, is hereby **VACATED.**

SO ORDERED, this, the ____ day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE